UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FOX KUHLKEN,<br><br>                    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, SAN DIEGO SHERIFFS DEPUTY D. SMITH (Id # 1024) and DOES 1-5,<br><br>                    Defendants. | Case No.: 3:16-CV-2504-CAB-DHB<br><br>**ORDER ON EX PARTE MOTIONS TO ALLOW CONVENTIONAL FILING OF AUDIO EXHIBITS and MOTION FOR LEAVE TO FILE EXCESS PAGES**<br>**[Doc. Nos. 26, 27.]** |

      On December 12, 2017, Plaintiff filed an *ex-parte* motion for leave to conventionally file a CD in support of her Opposition to Defendants' Motion for Summary Judgment. [Doc. No. 27.]  On December 12, 2017, Plaintiff also filed an *ex-parte* motion for leave to file excess pages in support of her Opposition to Defendants' Motion for Summary Judgment [Doc. No. 26] that Defendants do not oppose.  Good cause appearing, the Court **HEREBY GRANTS** both motions.

      It is **SO ORDERED**.

Dated:  December 14, 2017

                                                                   Hon. Cathy Ann Bencivengo<br>                                                                   United States District Judge