

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

Pamela Fox Kuhlken

                        **Plaintiff,**

                        V.

County of San Diego; D. Smith, San Diego Sheriff's Deputy (Id. #1924); Does 1-5

                        **Defendant.**

Civil Action No. 16-cv-02504-CAB-DHB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motion for summary judgment is Granted. Judgment shall be entered in favor of Defendants and the Clerk of the Court shall Close the case. It Is So Ordered.

Date:     1/16/18

CLERK OF COURT
**JOHN MORRILL**, Clerk of Court
By: s/ J. Gutierrez
                        J. Gutierrez, Deputy